THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DENNIS DERISE CORBRAY,<br><br>          Plaintiff,<br><br>     v.<br><br>MARY ROBNETT, *et al.*,<br><br>          Defendants. | CASE NO. C23-5725-JCC<br><br>ORDER |

This matter comes before the Court on the report and recommendation ("R&R") of the Honorable Theresa L. Fricke, U.S. Magistrate Judge (Dkt. No. 28). Having thoroughly considered the R&R and the relevant record, the Court hereby ORDERS that:

1. The R&R (Dkt. No. 28) is ADOPTED;
2. Defendants' motion to dismiss (Dkt. No. 16) is GRANTED and Plaintiff's claims are DISMISSED with prejudice; and
3. The Clerk is DIRECTED to send copies of this order to the parties in this action.

DATED this 24th day of January 2024.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C23-5725-JCC
PAGE - 1